U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV - 8 2016

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| THE KANSAS CITY SOUTHERN RAILWAY COMPANY | CIV. ACT. NO. 13-2157 (LEAD) |
| -vs- | JUDGE DRELL |
| STATE FARM FIRE & CASUALTY CO., ET AL. | MAG. JUDGE PEREZ-MONTES |

## ORDER

Before the court is Plaintiff's motion for entry of final judgment under Fed. R. Civ. P. 54(b). (Doc. 266). Our review of the record reveals that the motion is unopposed. (Doc. 268). It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Plaintiff's instant motion is **GRANTED**, such that this court's judgment dismissing with prejudice all of Kansas City Southern Railway Company's claims against American Reliable, Praetorian, 3-V Partnership, Steven D. Vinson, Donna S. Vinson, Steven D. Vinson, DSK, Ltd. and Dewey S. Kendrick III is a final disposition within the meaning of Fed. R. Civ. P. 54(b) and there is no just reason to delay an appeal of that dismissal. (Doc. 247). It is further

**ORDERED, ADJUDGED** and **DECREED** that in accordance with Fed. R. Civ. P. 54(b), such judgment is hereby certified as final and appealable for the following reasons:

1. The court's February 17, 2016 judgment dismissing with prejudice all of Plaintiff's claims against Defendants (Doc. 247) fully disposed of all claims of Plaintiff against all remaining Defendants;
2. The claims of Plaintiff against Defendants were separable and distinct from claims relating to insurance coverage asserted by and between defendant-insurers and there are no just reasons to delay the entry of final judgment;
3. Appellate review of the judgment (Doc. 247) will not be affected or mooted by future developments in this court; and

4. There is no risk that the U.S. Fifth Circuit Court of Appeals will have to decide the same issues more than once even in the event of subsequent appeals in this case.

**THUS DONE AND SIGNED** at Alexandria, Louisiana this ___7___ day of November, 2016.

*[signature]*

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE